1  JOHN C. KLOOSTERMAN, Bar No. 182625
   jkloosterman@littler.com
2  KAI-CHING CHA, Bar No. 218738
   kcha@littler.com
3  ALEXIS A. SOHRAKOFF, Bar No. 273410
   asohrakoff@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, California  94108.2693
6  Telephone:    415.433.1940
   Facsimile:     415.399.8490
7  Attorneys for Defendant
   ULTA SALON, COSMETICS & FRAGRANCE,
8  INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JAIMIE QUINBY, LINDA GOMES, and ERIC FONTES, on behalf of themselves and all others similarly situated, | Case No.  3:15-CV-04099 |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., | Trial Date:  None Set.<br>Complaint Filed:    September 9, 2015 |
| Defendant. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING JT. STIP
TO RESCHEDULE CMC

Case No.  3:15-CV-04099

**RECITALS**

Having considered the "Joint Stipulation To Reschedule Case Management Conference" and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Case Management Conference currently scheduled for 11:00 a.m. on December 15, 2015 is rescheduled to  January 19, 2016  at  2:00 p.m. .

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 7, 2015            _____
                                    WILLIAM H. ORRICK
                                    United States District Judge

Firmwide:137380500.1 059310.1065

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING JT. STIP TO RESCHEDULE CMC     1     Case No. 3:15-CV-04099