GAY CROSTHWAIT GRUNFELD – 121944
BLAKE THOMPSON – 255600
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California  94105-2235
Telephone:	(415) 433-6830
Facsimile:	(415) 433-7104
Email:	ggrunfeld@rbgg.com
	bthompson@rbgg.com
	jyelin@rbgg.com

JENNIFER LIU – 279370
THE LIU LAW FIRM, P.C.
324 Day Street
San Francisco, California  94131-2313
Telephone:	(415) 896-4260
Facsimile:	(415) 231-0011
Email:	jliu@liulawpc.com

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIMIE QUINBY, LINDA GOMES, and ERIC FONTES, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>            Defendant. | Case No. CV-15-4099 WHO<br><br>**ORDER REVISING CLASS CERTIFICATION BRIEFING AND HEARING DATES TO PERMIT MEDIATION**<br><br>Judge:   Hon. William H. Orrick<br><br>Trial Date:       None Set |

Having considered the "Joint Stipulation Revising Class Certification Briefing and Hearing Dates to Permit Mediation" and good cause appearing therefor, IT IS HEREBY ORDERED AS FOLLOWS:

1. By minute entry dated January 19, 2016, the Court set the following class certification briefing schedule:

   | | |
   |---|---|
   | **Class Certification Motion:** | July 1, 2016 |
   | **Opposition:** | August 1, 2016 |
   | **Reply:** | August 31, 2016 |
   | **Hearing:** | September 14, 2016 at 2:00 p.m. |
   | **Case Mgmt. Conference:** | October 18, 2016 at 2:00 p.m. |

2. To allow the parties to conduct targeted discovery aimed at a successful mediation and a mediation, the new schedule will be as follows:

   | | |
   |---|---|
   | **Class Certification Motion:** | November 1, 2016 |
   | **Opposition:** | December 1, 2016 |
   | **Reply:** | December 31, 2016 |
   | **Hearing:** | January 18, 2017 at 2:00 p.m. |
   | **Case Mgmt. Conference** | February 21, 2017 at 2:00 p.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 9, 2016

_____
William H. Orrick
United States District Judge