UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMIE QUINBY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>　　　　Defendant. | Case No.  15-cv-04099-WHO<br><br>**ORDER CONCERNING CONSIDERATION OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Re: Dkt. Nos. 48-6 |

Plaintiffs shall file a corrected declaration of Jeremiah Kincannon that includes Exhibit A, which is not attached to the declaration currently in the docket, no later than January 13, 2017.

**IT IS SO ORDERED**.

Dated: January 12, 2017



WILLIAM H. ORRICK
United States District Judge