GAY CROSTHWAIT GRUNFELD – 121944
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
         jyelin@rbgg.com

JENNIFER LIU – 279370
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, California 94102-4991
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
Email: jliu@liulawpc.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIMIE QUINBY, LINDA GOMES, and ERIC FONTES, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>        Defendant. | Case No. CV-15-4099 WHO<br><br>**ORDER GRANTING MOTION FOR CLASS REPRESENTATIVE SERVICE AWARDS AND ATTORNEYS' FEES AND COSTS**<br><br>Judge: Hon. William H. Orrick<br>Date: January 18, 2017<br>Time: 2:00 p.m.<br>Crtrm.: 2, 17th Floor<br><br>Trial Date: None Set |

On January 18, 2017, this Court conducted the Final Fairness Hearing, with Rosen Bien Galvan & Grunfeld LLP and The Liu Law Firm, P.C. ("Plaintiffs' Counsel") appearing as counsel for Plaintiffs JAIMIE QUINBY, ERIC FONTES, and LINDA GOMES ("Plaintiffs" or "Class Representatives"), and Littler Mendelson, P.C. appearing as counsel for Defendant ULTA SALON, COSMETICS & FRAGRANCE, INC. ("Defendant").  Based upon the Court's review of Plaintiffs' Motion for Class Representative Service Awards and Attorneys' Fees and Costs, the Memorandum of Points and Authorities in Support Thereof, the Declarations of Jennifer Liu ("Liu Declaration"), Gay Crosthwait Grunfeld ("Grunfeld Declaration"), Jaimie Quinby, Eric Fontes, and Linda Gomes, and the exhibits thereto, the Court finds:

1. Service award payments are justified where the class representatives expend extraordinary effort, bear personal hardship, and risk their current and future livelihood to remedy unfair practices for the benefit of the class. *See Van Vranken v. Atlantic Richfield Co.*, 901 F. Supp. 294, 299 (N.D. Cal. 1995). The Court finds that the service awards are justified here in light of the efforts of Class Representatives Jaimie Quinby, Eric Fontes, and Linda Gomes to advance the litigation and the interests of the class.

2. "[A] litigant or a lawyer who recovers a common fund for the benefit of persons other than himself or his client is entitled to a reasonable attorney's fee from the fund as a whole." *Boeing Co. v. Van Gemert*, 444 U.S. 472, 478 (1980). Courts are directed to "take into account all of the circumstances of the case" when determining what fees to approve (*Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1048 (9th Cir. 2002)), with "[r]easonableness [being] the goal." *Fischel v. Equitable Life Assurance Soc'y of the U.S.*, 307 F.3d 997, 1007 (9th Cir. 2002). The Court finds that the factors used to assess reasonableness—primary among them, the value of the monetary secured for the class—support the requested fee award of $912,500, equal to 25% of the settlement amount of $3,650,000. The Court further finds that the costs advanced by Class Counsel were reasonably incurred in pursuit of the litigation.

3. The Class Representatives and Plaintiffs' Counsel have fairly and adequately

represented and protected the interests of the class.

4. The Court therefore ORDERS that the following class representative service awards, attorney's fees, and costs are reasonable:

    a. $10,000 each to Jaimie Quinby, Eric Fontes, and Linda Gomes as service awards;

    b. $912,500 jointly to The Liu Law Firm, P.C. and Rosen Bien Galvan & Grunfeld LLP for reasonable attorneys' fees; and

    c. $11,384.67 jointly to Class Counsel for litigation costs.

5. These amounts are to be paid if the Court grants final approval to the settlement according to the schedule in the Joint Stipulation of Settlement and Release, Exhibit A to the Declaration of Gay Crosthwait Grunfeld in support of the Motion for Class Representative Service Awards and Attorneys' Fees and Costs or as directed in the Court's Order Granting Final Approval to the Class Action Settlement.

IT IS SO ORDERED.

DATED: January 18, 2017

_____
William H. Orrick
Judge of the United States District Court